RECEIVED
'N LAKE CHARLES, LA

DEC 2 7 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 05-20186-007 &** |
| | **06-20003** |
| **VERSUS** | **JUDGE PATRICIA MINALDI** |
| **JORDAN STINE** | **MAGISTRATE JUDGE WILSON** |

## ORDER

Considering the MOTION TO ISSUE SUBPOENAS filed herein by JORDAN STINE:

IT IS ORDERED that the requested subpoenas issue and that service be made on the following witnesses to appear and testify at the January 17, 2007 at 2:00 p.m. sentencing of his matter. The U.S. Marshal's Service shall provide the necessary transportation and other expenses in the same manner in which similar costs and fees are paid by the U.S. Marshal's Service in the case of witnesses subpoenaed on behalf of the Government, all in accordance with Rule 17 of the Federal Rules of Criminal Procedure.

1) Megan Gragg
   211 Pete Seay Circle
   Hackberry, LA 70645

2) Ginger Green
   6505 Nelson Road
   Trailer 47
   Lake Charles, LA 70605

3) Tonya Beard
   211 Pete Seay Circle
   Hackberry, LA 70645

THUS DONE AND SIGNED, this 27th day of December 2006.

cc: USM w/ subpoenas

MAGISTRATE JUDGE
United States Magistrate Judge